

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CASE NO. 1:08-CR-80** |
| § | |
| **JOHN JOSEPH GIVS** § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #25].  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement.  He further recommended that the Court finally adjudge Defendant as guilty on **Count II** of the **Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #25] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, John Joseph Givs, is hereby adjudged as guilty on **Count II** of the charging **Indictment** charging violations of Title 18, United States Code, Section 922(g)(1).

So **ORDERED** and **SIGNED** this **24** day of **August, 2008.**

_____
Ron Clark, United States District Judge